# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

PATRICIA NELSON,

        Plaintiff,

v.

JOHN CHOI, D.D.S.,

        Defendant.

Case No. 15-13101
Hon. Terrence G. Berg

## ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. 42)

This matter is before the Court on Magistrate Judge David R. Grand's January 19, 2018 Report and Recommendation (Dkt. 42), recommending that Defendant's Motion for Summary Judgment (Dkt. 38) be DENIED.

The Court has reviewed the Magistrate Judge's Report and Recommendation. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of a report and recommendation. 28 U.S.C. § 636(b)(1). The district court will make a "*de novo* determination of those portions of the report . . . to which objection is made." *Id.* Where, as here, neither party objects to the report, the

1

district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149-52 (1985). The Court will therefore accept the Magistrate's Report and Recommendation of January 19, 2018 as this Court's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Grand's Report and Recommendation of January 19, 2018 is **ACCEPTED** and **ADOPTED**. It is **FURTHER ORDERED** that Defendants' Motion for Summary Judgment is **DENIED**.

**SO ORDERED.**

Dated: April 24, 2018    s/Terrence G. Berg
  TERRENCE G. BERG
  UNITED STATES DISTRICT JUDGE

**Certificate of Service**

I hereby certify that this Order was electronically filed, and the parties and/or counsel of record were served on April 24, 2018.

  s/A. Chubb
  Case Manager